DAVID R. TODD and Others v. WILLIAM M. BROWN and Others.— Plaintiffs' motion denied, and the representatives of the estate of William M.

Brown, deceased, are given thirty days after entry and service of the order to be entered hereon in which to secure substitution. Memorandum per curiam. Order to be settled on notice. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.